# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALEXANDER VOLLMER and**
**JESSICA DIVELBISS,**

        **Plaintiffs,**

**v.**                                          **Case No: 6:22-cv-850-PGB-DCI**

**BRIGHTSTAR PROPERTY**
**MAINTENANCE SERVICES,**
**INC. and LEON NELSON,**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Fair Labor Standards Act Settlement Approval filed September 12, 2022. (Doc. 22 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms. (Doc. 22-1 (the "**Agreement**")). Magistrate Judge Daniel C. Irick submitted a Report recommending that the Motion be granted in part. (Doc. 23).[1] Neither party has filed an objection, and the time to do so has now passed.

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely

---

[1] Magistrate Judge Irick recommends denying the parties' unsupported request that the Court retain jurisdiction to enforce the terms of the Agreement provided such enforcement was deemed necessary. (Doc. 23, p. 5).

with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation filed December 15, 2022 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 22) is **GRANTED IN PART**;[2]

3. The Court **FINDS** that the parties' Agreement (Doc. 22-1) is a fair and reasonable settlement of Plaintiffs' claims under the Fair Labor Standards Act;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 6, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] The Motion is denied with respect to the parties' explicit request that the Court retain jurisdiction to enforce terms of the Agreement. (Doc. 22, p. 8).